# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michele Havrilchak,                     :
                          Petitioner    :
                                        :
          v.                            :     No. 1054 C.D. 2015
                                        :
Unemployment Compensation               :
Board of Review,                        :
                          Respondent    :


## O R D E R

AND NOW, this 18th day of February, 2016, it is ordered that the above-captioned opinion filed on December 14, 2015, shall be designated OPINION, rather than MEMORANDUM OPINION, and it shall be reported.


_____
ROBERT SIMPSON, Judge